# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **SHERON GILCHRIST,** | ) ) ) **Case No.:** |
|  | ) |
| **Plaintiff.** | ) **2:20-cv-03015-CJC-E** |
|  | ) |
| **v.** | ) |
|  | ) |
| **PERSOLVE LEGAL GROUP.** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: October 26, 2020          By: */s/ Amy L. B. Ginsburg*
                                                  Amy L. B. Ginsburg, Esquire
                                                  Kimmel & Silverman, P.C.
                                                  30 E. Butler Pike
                                                  Ambler, PA 19002
                                                  Phone: (215) 540-8888
                                                  Fax: (877) 788-2864
                                                  Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Michael H Raichelson
Law Offices of Michael H. Raichelson
21900 Burbank Blvd., Suite 300
Woodland Hills, CA 91367
Phone: (818) 444-7770
Fax: (818) 444-7776
Email: mhr@cabkattorney.com
Attorney for Defendant


Dated: October 26, 2020            By: */s/ Amy L. B. Ginsburg*
                                   Amy L. B. Ginsburg, Esquire
                                   Kimmel & Silverman, P.C.
                                   30 E. Butler Pike
                                   Ambler, PA 19002
                                   Phone: (215) 540-8888
                                   Fax: (877) 788-2864
                                   Email: aginsburg@creditlaw.com