UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-03015-CJC (Ex) | Date | October 27, 2020 |
|---|---|---|---|
| Title | Sheron Gilchrist v. Persolve Legal Group, LLP | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Chery Wynn</u>
Deputy Clerk

<u>Not Reported</u>
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

Having been advised by a Notice of Settlement [21] that the case has been settled in its entirety, the Court hereby orders this action dismissed without prejudice. The Court further orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for sixty (60) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

Initials of Deputy Clerk:            -            :   -

cw